# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> **(For a Petty Offense)** |
| v. | CASE NUMBER: 06-mj-07131-DBS |
| HEATHER DIE | |

**THE DEFENDANT:**

Pleaded guilty to count one of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| CRS 42-4-1301(1)(a) | Driving Under the Influence | 7/22/2006 | 1 |

The defendant is sentenced as provided in this judgment in accordance with the findings and conclusions made in open court, incorporated herein by this reference. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

9/20/2006
Date of Imposition of Judgment

s/Michael E. Hegarty
Signature of Judicial Officer

Michael E. Hegarty
U.S. Magistrate Judge
Name & Title of Judicial Officer

9/26/2006
Date

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| 1 | $25.00 | $300.00 | |
| **TOTALS** | $25.00 | $300.00 | $0.00 |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

Defendant shall complete Level I drug/alcohol education. Defendant shall further perform 48 hours of community service.